UNITED STATES of America,
Plaintiff–Appellee,

v.

Luis HERNANDEZ–ESPINOZA, a/k/a
Raphael Lopez, a/k/a Rafael Lopez,
Defendant–Appellant.

No. 15–7198.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 22, 2015.

Luis Hernandez–Espinoza, Appellant Pro Se. Timothy Severo, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Hernandez–Espinoza appeals from the district court order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. *See U.S. Sentencing Guidelines Manual* § 4B1.1(b) (2009). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*